USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/26/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
230 WEST 41ST STREET LLC,                        :
                                                 :
                        Plaintiff,   :
                                                 :    1:20-cv-01611-GHW
           -against-                           :
                                                 :    <u>ORDER</u>
FEDERAL INSURANCE COMPANY,                       :
                                                 :
                       Defendant.   :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, County of New York, on February 24, 2020. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed within the time frame set forth in Fed. R. Civ. P. 38(b). Additionally, Plaintiff's counsel is directed to promptly file a notice of appearance in this case. Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated: February 26, 2020
New York, New York

                                                                         _____
                                                                         GREGORY H. WOODS
                                                                     United States District Judge